

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Peter Jason Cabbiness - #185376

CV 1 0   80 234MISC

**ORDER TO SHOW CAUSE**

It appearing that Peter Jason Cabbiness has been enrolled as an inactive member of the State

Bar of California pursuant to Section 6203 of the Business and Professions Code and that he may not

practice law while so enrolled effective October 25, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 27, 2010 as to why

he should not be so enrolled before this Court,  pending further notice from the State Bar of

California.

Dated:

VAUGHN R.  WALKER
United States District Chief Judge

Mailing Address:

Peter Jason Cabbiness
1840 Shaw Ave Ste 105 PMB 24
Clovis, CA 93611