**FILED**

DEC 29 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 10 80284 MISC VRW |
| Peter Jason Cabbiness, | ORDER |
| State Bar No 185376 | |

On November 23, 2010, the court issued an order to show cause (OSC) why Peter Jason Cabbiness should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6203 of the Business and Professions Code, effective October 25, 2010.

The OSC was mailed to Mr Cabbiness's address of record with the State Bar on November 24, 2010. A written response was due on or before December 27, 2010. No response to the OSC has been filed as of this date.

The court now orders Peter Jason Cabbiness removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge